United States District Court
Southern District of Texas
**ENTERED**
July 14, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY, § § § | |
| Petitioner, § | |
| VS. § | MISC. ACTION NO. 4:20-MC-1964 |
| § | |
| MAHBUB AHMED-BEGUM, § § § | |
| Respondent. § | |

## TEMPORARY RESTRAINING ORDER

      This Court finds it necessary to enter this Temporary Restraining Order on an emergency basis in order to protect the life and health of Respondent, Mahbub Ahmed-Begum. The Petitioner, Department of Homeland Security's (DHS) Petition for Emergency Court Order for Involuntary Administration of Nutrients (Doc. No. 5) is hereby granted. The medical personnel at the Montgomery Processing Center (or any other federally owned, operated or contracted facility are hereby authorized to provide hydration and nutritional supplements to Respondent Mahbub Ahmed-Begum even if it must be done involuntarily. The Court finds that without such intervention, the Respondent—who has not eaten for almost four weeks and has already lost approximately 20% of his body weight—could suffer severe consequences, including permanent damage to his liver and kidneys, heart failure or even death.

      This order will go into effect immediately and will stay in effect until the earlier of 12:00 noon on July 28, 2020, or until a further order of this Court is issued on this topic. This Order is being issued without notice pursuant to Rule 65(b) due to the eminent possibility of harm to the Respondent, the worry over exposing an individual with an already compromised health status to the COVID 19 virus, and the overriding difficulty of having a hearing with notice in a timely

manner during the COVID 19 virus pandemic. In fact, the undersigned is issuing this Order at a time when the United States Courthouse in Houston is all but inaccessible to the public.

The Court will hold a temporary injunction hearing on this TRO, and the one issued on July 10, 2020, by phone on July 21, 2020 at 11:00 AM. All counsel of record receiving this Order will notify the Respondent and any other counsel who make an appearance in this case of the hearing and instructions for attending the hearing. The call-in instructions for the hearing are as follows:

|  |  |
|---|---|
| Telephone Number: | 713-250-5817 |
| Conference ID: | 45817# |
| Conference Password: | 13579# |

SIGNED at Houston, Texas, this 14th day of July 2020.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE